BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:13-CR-044 LJO |
| | ) | |
| Plaintiff, | ) | Joint Motion and Order to Continue |
| | ) | the March 25, 2013 Change of Plea |
| v. | ) | and Sentencing to April 22, 2013 |
| | ) | |
| EPIFANIO PANIAGUA-SOSA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff United States of America, by and through Mia
Giacomazzi, Assistant United States Attorney, together with defendant
Epifanio Paniagua-Sosa, by and through his counsel Gary Huss, jointly
move the Court for an order to continue the Monday, March 25, 2013
change of plea and sentencing in the above-titled matter to Monday,
April 22, 2013.  Good cause exists for the continuance of this change
of plea and sentencing in this fast track case; to wit, the Pre-
Sentence Report has not been prepared and is not expected to be
prepared and distributed to the parties and the Court until April 10,
2013.  The parties agree that it would best serve the interest of
justice to re-schedule the change of plea and sentencing to a date

1

1  after the Pre-Sentence Report has been made available, so that the

2  parties and the Court have an opportunity to read and review it prior

3  to the hearing. The parties further jointly move to exclude time under

4  the Speedy Trial Act on the basis of good cause; to wit, that the ends

5  of justice and defendant's need to obtain and review the PSR outweigh

6  his and the public's interest in a speedy trial.

7

8  Dated:    March 20, 2013              /s/
                                         MIA A. Giacomazzi
9                                        Assistant United States Attorney

10

11

12 Dated:    March 20, 2013              /s/
                                         Gary L. Huss
13                                       Counsel for Defendant

14

15                              ORDER

16 On the basis of good cause, this Court CONTINUES the March 25, 2013

17 change of plea and sentencing to Monday, April 22, 2013.  In addition,

18 and on the basis of good cause, this Court excludes time under the

19 Speedy Trial Act.

20

21

22 IT IS SO ORDERED.

23    Dated:   **March 21, 2013**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2